IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | :    NO. 22-CR-390 |
| MUHAMAD ALY RIFAI | : |

**O R D E R**

AND NOW this 9th day of May, 2024, the Verdict of the jury is hereby recorded as NOT GUILTY on Counts 1 through 4.

**BY THE COURT:**

/s/ Jeffrey L. Schmehl
JEFFREY L. SCHMEHL, J.