IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL NO. 22-390 |
| MUHAMAD ALY RIFAI | : | |

**JUDGMENT OF ACQUITTAL/NOT GUILTY**

AND NOW, this 14th day of January, 2025, the Court having previously recorded the jury's verdict on May 9, 2024 at ECF 70 as not guilty as to Counts 1 through 4, **IT IS THEREFORE ORDERED** that Judgment in accordance with the above finding is hereby entered pursuant to Rule 32(k)(1), Federal Rules of Criminal Procedure.

BY THE COURT:

/s/ Jeffrey L. Schmehl
JEFFREY L. SCHMEHL, J.

cc: U.S. Marshal
Probation Office
Counsel